IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

DOCKET#___
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN
JAN 2 3 2008

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 07-C-0074-S |
| MARK DZULYNKY, | ) | |
| Defendant. | ) | |

## MOTION TO VACATE ORDER TO SHOW CAUSE

Plaintiff, the United States of America, moves the Court for an order vacating its Order to Show Cause signed by the Court on November 19, 2007. This motion is based upon defendant paying his debt to the United States in full.

Dated this 16th day of January, 2008.

Respectfully submitted,

ERIK C. PETERSON
United States Attorney

By: _____
HEIDI L. LUEHRING
Assistant United States Attorney

So ordered
By the Court
John C Shabaz
District Judge
1/23/08

Copy of this document has been provided to: AUSA Luehring & defendant this 23 day of Jan, 2008 by _____
M. Hardin, Secretary to Judge John C. Shabaz